Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of California
(State)

Case number (if known): _____ Chapter 11

FILED
NOV 05 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA ☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Kenreg, LLC, a California Limited Liability Company

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  57-1233289

4. **Debtor's address**

   Principal place of business
   925 Palm Avenue
   Number  Street

   San Mateo  CA  94401
   City  State  ZIP Code

   County _____

   Mailing address, if different from principal place of business

   P.O. Box 449
   Number  Street / P.O. Box

   San Mateo  CA  94401
   City  State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number  Street

   City  State  ZIP Code

5. **Debtor's website (URL)**

Debtor **Kenrey, LLC, a California Limited Liability Company**  Case number (if known) _____

### 6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5313**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
                                 MM / DD / YYYY
         District _____ When ___/___/_____ Case number _____
                                 MM / DD / YYYY

Debtor   Kenrey, LLC, a California Limited Liability Company   Case number (if known) _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

   List all cases. If more than 1, attach a separate list.

   ☐ No
   ☒ Yes.  Debtor Fremont Terrace Associates    Relationship Kenrey LLC is a named Limited Partner
            District Northern California         When 12 / 13 / 2023
            Case number, if known 23-30840              MM / DD / YYYY

11. Why is the case filed in *this district*?

   Check all that apply:

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

   ☒ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   Why does the property need immediate attention? *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   Where is the property? _____
                         Number        Street

                         _____
                         City                          State ZIP Code

   Is the property insured?
   ☐ No
   ☒ Yes. Insurance agency Insgone Ins Svcs LLC
         Contact name _____
         Phone 877-308-9663

**Statistical and administrative information**

13. Debtor's estimation of available funds

   Check one:
   ☒ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. Estimated number of creditors

   ☒ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
   ☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
   ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
   ☐ 200-999

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor **Kenreg LLC, a California Limited Liability Company** Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/05/2024**
MM / DD / YYYY

X _Molly Catanzaro_ (signed)     **Molly E. Catanzaro**
Signature of authorized representative of debtor    Printed name

Title **member**

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor          MM / DD / YYYY

Printed name

Firm name

Number    Street

City                    State    ZIP Code

Contact phone              Email address

Bar number              State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

Case: 24-30827  Doc# 1  Filed: 11/05/24  Entered: 11/05/24 12:05:36  Page 4 of 4