1  **WRIGHT, FINLAY & ZAK, LLP**
   Arnold L. Graff, Esq. SBN 269170
2  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
3  Tel: (949) 477-5050; Fax: (949) 477-9200
   agraff@wrightlegal.net
4
   Attorneys for Movant, Secured Income Fund-II, LLC
5
                  **UNITED STATES BANKRUPTCY COURT**
6
      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
7

8   In re:                              )  Case No.:  24-30827-DM
                                        )  Chapter: 11
9                                       )  R.S. No. ALG-1
                                        )
10  KENREG,    LLC    A    CALIFORNIA)    **MOTION FOR RELIEF FROM THE**
    LIMITED LIABILITY COMPANY,          )  **AUTOMATIC STAY UNDER 11 U.S.C. §**
11                                      )  **362 (WITH SUPPORTING**
                                        )  **DECLARATION)**
12            Debtor-in-Possession.     )
                                        )  Hearing:
13                                      )  Date:       December 19, 2024
                                        )  Time:       9:30 am
14                                      )  Location: United States Bankruptcy Court
                                        )            450 Golden Gate Ave.
15                                      )            San Francisc, CA 94102
                                        )  **Via ZOOM/AT&T Conference**
16                                      )
                                        )
17  _____)

18       **TO   THE   HONORABLE   DENNIS   MONTALI,   UNITED   STATES**

19  **BANKRUPTCY JUDGE, THE DEBTOR, ITS COUNSEL OF RECORD, THE U.S.**

20  **TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

21       Movant Secured Income Fund-II, LLC ("Movant"), respectfully represents as

22  follows:

23       This court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and

24  1334.  Movant moves this Court pursuant to 11 U.S.C. § 362(d)(1) for an order terminating

MOTION FOR RELIEF FROM AUTOMATIC STAY

1    the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real properties

2    located at 717 East 3rd Avenue, San Mateo, CA 94401 (the "717 East Third Property") and

3    the real property located at 727 East 3rd Avenue, San Mateo, CA 94401 (the "727 East Third

4    Property"; collectively, the "Subject Properties"), so that Movant may commence and/or

5    continue all acts necessary under applicable non-bankruptcy law to enforce its rights and

6    remedies against the Subject Properties.

7        This Motion is based on this Motion for Relief from Stay, the Notice of Motion for

8    Relief from the Automatic Stay, the Memorandum of Points and Authorities in Support of

9    the Motion for Relief from the Automatic Stay and the Declaration in Support of the Motion

10    for Relief from the Automatic Stay filed concurrently herewith, the complete files and

11    records in this action, the oral argument of counsel, if any, and such other and further

12    evidence as the Court might deem proper.

13        Specifically, this Motion is being brought seeking an order confirming no stay is in

14    effect regarding the Subject Properties because: (1) Debtor is not a borrower under the

15    applicable loan documents (2) Debtor is not, and never has been, on record title to the

16    Property, and (3) Debtor has provided no evidence that it possesses any interest in the

17    Property. [*See* ECF # 1 & Supporting Declaration, ¶ 14]. Alternatively, Movant seeks stay

18    relief for cause under 11 U.S.C. 362(d)(1), because to the extent Debtor claims the Subject

19    Properties are protected by the stay produced by this case (and the Court agrees), grounds

20    clearly exist to grant Movant relief from stay under § 362(d)(1), as Movant reasonably

21    believes this Bankruptcy was filed in bad faith – predominantly to try to delay and/or

22    hinder Movant from proceeding with its state law rights and remedies regarding the

23    Property.  Specifically, as stated above, (1) Debtor is not a borrower under the loan

24    documents, (2) Debtor is not and never has been on record title; (3) Debtor has provided no

MOTION FOR RELIEF FROM AUTOMATIC STAY

1 | evidence of any alleged interest in the Property, (4) the Bankruptcy was filed in the eve of

2 | foreclosure with a skeletal petition, and without the assistance of counsel (as if required

3 | under the bankruptcy code), and (5) the loan is in substantial default. [*See* ECF # 1 &

4 | Supporting Declaration, ¶¶ 13-14]. Considering this bad faith filing, Movant alternatively

5 | requests stay relief under 362(d)(1).

6 |      **WHEREFORE,** Movant respectfully prays that this Court issue an Order as

7 | follows:

8 |      1.    For an Order confirming there is no automatic stay in effect regarding the

9 | Property;

10 |      2.    Alternatively, for an Order granting stay relief from and terminating the

11 | automatic stay as to Debtor and Debtor's estate to allow Movant, and or its successors

12 | and/or assigns, to proceed under applicable non-bankruptcy law to enforce its rights and

13 | remedies in the Property under the subject Note and Deed of Trust to foreclose upon and/or

14 | to take any other actions necessary to obtain possession of the Property;

15 |      3.    That the Order waive the fourteen-day stay described by Federal Rule of

16 | Bankruptcy Procedure Rule 4001(a)(3);

17 |      4.    That the Order be binding and effective despite any conversion of this

18 | bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

19 |      5.    For such other relief as the Court deems proper.

20 |     Respectfully submitted,

21 |     **WRIGHT, FINLAY & ZAK, LLP**

22 | Dated:  12/2/2024        By:*/s/ Arnold L. Graff, Esq.*

23 |     Arnold L. Graff, Esq.
    Attorneys for Movant, Secured Income
    Fund-II, LLC

24 |

MOTION FOR RELIEF FROM AUTOMATIC STAY