| | |
|---|---|
| In re: KENREG, LLC A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Debtor(s) | Bankruptcy No.: 24-30827-DM<br>R.S. No.: ALG-1<br>Hearing Date: 12/19/2024<br>Time: 9:30 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 11/08/2024    Chapter: 11
    Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

  Secured Creditor [ ] or lessor [ ]
  Fair market value: $_____          Source of value: _____
  Contract Balance: $_____           Pre-Petition Default: $_____
  Monthly Payment: $_____            No. of months: _____
  Insurance Advance: $_____          Post-Petition Default: $_____
                                      No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): SFR 717 East 3rd Avenue, San Mateo, CA 94401 (the "717 East Third Property") and the real property located at 727 East 3rd Avenue, San Mateo, CA 94401

  Fair market value: $_____     Source of value: _____     If appraisal, date: _____

  Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

  Approx. Bal.        $ 4,152,978.79      Pre-Petition Default:   $ 4,152,978.79   Amounts include fees, costs,
  As of (date): 11/05/2024                No. of months: Matured                   missed payments, interest,
  Mo. payment:        $ 2,972.03          Post-Petition Default:  $ _____         escrow, late charges and motion
  Notice of Default (date): 06/06/2024    No. of months: _____                    fee.
  Notice of Trustee's Sale: 9/9/2024      Advances Senior Liens:  $ _____

  Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 4,152,978.79 | $ _____ | $ _____ |
| 2nd Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | $ _____ |
| (Total) | $ 4,152,978.79 | $ _____ | |

(D) Other pertinent information: If Debtor includes Movant's Claim/Properties in her schedules and/or plan to be filed, Debtor would be attempting in bad faith to apply stay protection to the Subject Properties despite them not being part of Debtor's bankruptcy estate. Thus, in the unlikely event the court finds a stay to be in place regarding the Subject Properties, Movant respectfully requests that this Court alternatively grant it stay relief pursuant to 11 U.S.C. § 362(d)(1).

/s/ Arnold L. Graff, Esq.
Signature
Arnold L. Graff
Print or Type Name

Attorney for Movant