Entered on Docket
January 24, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050;
Facsimile: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Movant.

Signed and Filed: January 24, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>KENREG, LLC A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Debtor-in-Possession. | Case No.: 24-30827-DM<br>Chapter: 11<br>R.S. No. ALG-1<br><br>Hearing:<br>Date: January 17, 2025<br>Time: 10:00 a.m.<br>Location: United States Bankruptcy Court<br>450 Golden Gate Ave.<br>San Francisc, CA 94102<br>**Via ZOOM/AT&T Conference** |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (REAL PROPERTY)**

The above-captioned Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C § 362(d)(1) (Real Property) (the "Motion"), filed by Movant Secured Income Fund-II, LLC ("Movant"), as to the real property located at 717 East 3rd Avenue, San Mateo, CA 94401 and the real property located at 222 S. Fremont, San Mateo, CA 94401 f/k/a 727 East 3rd Avenue, San Mateo, CA 94401 [*See* ECF #21], came regularly for hearing on January 17, 2025, at 10:00 am, and was resolved after oral argument in the Courtroom of the Honorable Dennis Montali.

Appearances are as noted on the record.

Based on the moving papers and arguments made on the record, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. The automatic stay of 11 U.S.C. § 362 is hereby terminated pursuant to 11 U.S.C. § 362(d)(1), as to Debtor and to Debtor's estate, as it applies to Movant, so that Movant may exercise its non-bankruptcy rights and remedies as to the real property located at 717 East 3rd Avenue, San Mateo, CA 94401 (APN: 033-163-050; Legal Description Attached as **Exhibit "A"**), and the real property located at 222 S. Fremont, San Mateo, CA 94401 (APN: 033-163-170) f/k/a 727 East 3rd Avenue, San Mateo, CA 94401 (APN: 033-163-150) (Legal Description Attached as **Exhibit "A"**) (collectively, the "Subject Properties"), including but not limited to, the commencement or continuation of a foreclosure sale in accordance with applicable state law and/or the commencement or continuation of an unlawful detainer proceeding and/or any other action necessary to obtain possession of the Subject Properties as authorized by state law.

2. The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived;

3. Movant shall not conduct a foreclosure sale on either of the Subject Properties before April 1, 2025; and

4. This Order shall be binding in any and all chapters following any later conversion of this case to a case under a different chapter of Title 11 of the United States Bankruptcy Code.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

n/a

Order Granting Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. § 362(d)(1)

# EXHIBIT A

# EXHIBIT "A"
## Legal Description

**For APN/Parcel ID(s): 033-163-050 and 033-163-170**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**Parcel A:**

Portion of Lots 1 and 2, Block 32, as designated on the Map entitled, "Eastern Addition of the Town of San Mateo", which Map was filed in the office of the Recorder of the County of San Mateo, State of California, on May 26, 1978 in Book 5 of Miscellaneous Records at page 134 and a copy entered in Book 1 of Maps at page 58, more particularly described as:

Commencing at the point of intersection of the Southwesterly line of F Street with the Northwesterly line of Third Avenue, and running thence Northwesterly along said Southwesterly line of F Street one hundred (100 feet); thence at right angle Southwesterly one hundred fifty one and ten one-hundreths (151.10) feet; thence at a right angle Southeasterly one hundred (100) feet to the said Northwesterly line of Third Avenue, and thence Northwesterly along said last named line one hundred fifty one and ten-hundreths (151.10) feet to the point of commencement; being Lots One (1) and Two (2) in Block Thirty Two (32) of Hayward's Subdivision of Eastern Addition to the Town of San Mateo.

Excepting therefrom the following described portion:

Beginning at the point of intersection of the Southwesterly line of Fremont (formerly "F") Street with the Northwesterly line of Third Avenue; running thence Northwesterly along the Southwesterly line of Fremont Street, 100 feet, thence at right angles Southwesterly 100 feet; thence at right angles Southeasterly 100 feet to the Northwesterly line of Third Avenue; thence Northeasterly along the Northwesterly line of Third Avenue 100 feet to the point of beginning.

APN: 033-163-050
JPN: 033-016-163-05

**Parcel B:**

Parcel Two, as shown on the map entitled, Parcel Map No. 465, filed for record in the Office of the Recorder of the County of San Mateo, State of California on November 8, 2018 in Book 84 of Parcel Maps, pages 34 and 35.

APN: 033-163-170
JPN's: 033-016-163-15 & 033-016-163-02